NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**30478**
**07-OCT-2010**
**03:26 PM**

NO. 30478

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GERALD REESE, Claimant-Appellee,

v.

CITY AND COUNTY OF HONOLULU, HONOLULU POLICE DEPARTMENT,
Employer-Appellant, Self-Insured

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2008-384 (2-06-03396))

ORDER GRANTING THE STIPULATION TO DISMISS APPEAL WITH PREJUDICE
(By: Ginoza, J., for the court[1])

Upon consideration of the Stipulation to Dismiss Appeal filed on October 5, 2010,

IT IS HEREBY ORDERED the stipulation is approved and this appeal is dismissed with prejudice. The parties shall bear their own costs and fees.

DATED: Honolulu, Hawai'i, October 7, 2010.

FOR THE COURT:

Associate Judge

---

[1] Considered by: Fujise, Presiding Judge, Leonard and Ginoza, JJ.